# United States Bankruptcy Court

Eastern District of Michigan
**Case No. 03–65338–mbm**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   John Henry Shaw
   P.O. Box 2458
   Southfield, MI 48075

Social Security No.:
   xxx–xx–5116

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                                         BY THE COURT

Dated: 8/18/05                                           Marci B McIvor
                                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Debts that are in the nature of alimony, maintenance, or support;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due; and

f. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0645-2         User: pyank            Page 1 of 1              Date Rcvd: Aug 18, 2005
Case: 03-65338               Form ID: b18w          Total Served: 22
```

The following entities were served by first class mail on Aug 20, 2005.
```
db        +John Henry Shaw,   P.O. Box 2458,   Southfield, MI 48037-2458
aty       +James P. Frego, II,   23843 Joy Road,   Dearborn Heights, MI 48127-1480
tr        +David Ruskin,   1100 Travelers Tower,   26555 Evergreen Road,   Southfield, MI 48076-4206
ust       +Marion J. Mack,   211 W. Fort Street, Ste. 700,   Detroit, MI 48226-3263
6347560   +Bank One,   Attn: Sandi Carr,   8620 N. 22nd Ave., Ste. 108,   Phoenix, AZ 85021-4251
6231364   +Cash Now X, LLC,   c/o Kevin M. Taylor, Esq.,   24901 Northwestern Hwy., Ste. 607,
            Southfield, MI 48075-2210
6025992    Citibank USA NA/eCast Settlement,   c/o Becket & Lee,   P.O. Box 35480,   Newark, NJ  07193-5480
5911844   +GMAC,   PO Box 7041,   Troy MI 48007-7041
5911845    Internal Revenue Service (Stop 15),   Special Procedures Division,   P.O. Box 330500, Stop 15,
            Detroit MI 48232-6500
5911847   +James West, PC,   11111 Harwin,   Houston TX 77072-1612
5911848   +MBNA America,   PO Box 15137,   Wilmington DE 19886-5137
5911850   +RPM,   P.O. Box 768,   Bothell WA 98041-0768
5911849    Radio Shack,   PO Box 9025,   Des Moines IA 50368-9025
5936426   +Sears,   PO Box 3671,   Des Moines, IA 50323-0671
5911851    Sears,   P.O. Box 182149,   Columbus OH 43218-2149
5996670    Sun Company,   c/o Becket & Lee,   PO Box 3001,   Malvern, PA 19355-0701
5911852   +Sunoco,   P.O. Box 2301,   Tulsa OK 74102-2301
5911853   +U.S. Attorney,   Att: Civil Division,   211 W. Fort St.,   #2300,   Detroit MI 48226-3269
5911842   +U.S. Trustee,   211 W. Fort Street,   Suite 700,   Detroit MI 48226-3263
```

The following entities were served by electronic transmission on Aug 19, 2005 and receipt of the transmission was confirmed on:
```
tr        +E-mail: notices@det13.com Aug 19 2005 01:48:37     David Ruskin,   1100 Travelers Tower,
            26555 Evergreen Road,   Southfield, MI 48076-4206
5911843   +EDI: CHASE.COM Aug 18 2005 22:22:00      Bank One,   201 N. Central Ave.,   Phoenix, AZ 85004-0073
5911846    EDI: IRS.COM Aug 18 2005 22:22:00      IRS,   Dept of Treasury,   Kansas City MO 64999-0025
5936426   +EDI: SEARS.COM Aug 18 2005 22:22:00      Sears,   PO Box 3671,   Des Moines, IA 50323-0671
5911851    EDI: SEARS.COM Aug 18 2005 22:22:00      Sears,   P.O. Box 182149,   Columbus OH 43218-2149
6054875    EDI: ECAST.COM Aug 18 2005 22:22:00      eCast Settlement Corp.,   assignee of Citbank USA, N.A.,
            P.O. Box 35480,   Newark, NJ 07193-5480
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 20, 2005**        **Signature:** *Joseph Speetjens*